456 A.2d 1105

Commonwealth v. Presley, Appellant.

Submitted October 18, 1982. Joseph T. Kelley, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

456 A.2d 1105

Commonwealth v. Sheppard, Appellant.

Submitted June 2, 1982. George Gershenfeld, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.